## OLIVER S. STORCH

### ATTORNEY AT LAW
SUITE 1001
305 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE: (212) 587-2383
FACSIMILE: (212) 732-7080

MEMBER OF N.Y. & CT. BARS

February 17, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 27 2006 ★

BROOKLYN OFFICE

**VIA FACSIMILE**
The Honorable John Gleeson
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Felix Torres</u>
Docket # 05-CR-442-04

Dear Judge Gleeson:

Greetings. Mr. Torres is scheduled for sentencing before Your Honor on February 24, 2006 at 2:00p.m.

A Pre-Sentence report for the above-referenced case was recently received by my office. The Defense needs a reasonable amount of time to review said report and have a meaningful opportunity to explain its contents to Mr. Torres, and draft a Pre-Sentence Memorandum.

A.U.S.A. Steven H. Breslow joins in this request for a continuance of the sentencing.

For the foregoing reasons the Defense respectfully requests that the Court continue the sentencing date for 30 days.

Respectfully Submitted,

Oliver S. Storch, Esq.

April 4, 2006
@ 10 30AM

s/John Gleeson

**SO ORDERED:**

_____
United States District Court Judge

cc: A.U.S.A. Steven H. Breslow
OS/rs